No. 117, Misc.   HUGHES *v.* MICHIGAN PAROLE BOARD. Supreme Court of Michigan.   Certiorari denied.

No. 118, Misc.   McCARTHY *v.* HUDSPETH, WARDEN. Supreme Court of Kansas.   Certiorari denied.

No. 120, Misc.   ARNOLD   *v.*   MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 121, Misc.   STELLOH *v.* WISCONSIN STATE SUPREME COURT.   Supreme Court of Wisconsin.   Certiorari denied.

No. 122, Misc.   RAZUTIS *v.* DUFFY, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 123, Misc.   DI STEFANO ET AL. *v.* BEONDY.   Supreme Court of Florida.   Certiorari denied.

No. 125, Misc.   DUNLEVY *v.* BAREIS ET AL.   Circuit Court of Randolph County, Illinois.   Certiorari denied.

No. 126, Misc.   OLIVER *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 127, Misc.   BRUCE *v.* HUDSPETH, WARDEN, ET AL. Supreme Court of Kansas.   Certiorari denied.